UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGEND PICTURES, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:24-CV-07233 <br><br> JUDGE JOHN J. THARP, JR. <br><br> MAGISTRATE JUDGE JEFFREY T. GILBERT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 301 | seecosplay.com |
| 306 | cossky.com |
| 222 | Halloween Cosplay Winter_store |
| 197 | baiwan-63 |
| 234 | laocuistore |
| 235 | lingyang8 |
| 236 | lvlindis888 |
| 239 | mohomgcmgll5 |
| 207 | crysta3655 |
| 251 | rrj-5299 |
| 271 | youy_1 |
| 272 | zheng-8291 |
| 273 | zhengz-30 |
| 310 | magicwardrobes.com |

Dated: November 18, 2024     Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***